UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THE PRESERVE AT CONNETQUOT
HOMEOWNERS ASSOCIATION, INC,

              Plaintiff,

-against-

COSTCO WHOLESALE CORP., et al.

              Defendants.
-------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 10 2019 ★

LONG ISLAND OFFICE

ORDER
17-CV-7050 (JFB)(AYS)

JOSEPH F. BIANCO, District Judge:

On January 28, 2019, the Court issued a Memorandum & Opinion granting defendants' joint motion to dismiss the complaint for lack of standing, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. (ECF No. 72.) Pursuant to that Memorandum and Opinion, the Court granted plaintiff leave to file an amended complaint, and ordered that any such amended complaint be filed by March 29, 2019. (*Id.*) To date, plaintiff has not filed an amended complaint. Therefore, IT IS HEREBY ORDERED that this case is dismissed in its entirety without prejudice, and the Clerk of the Court shall close the case.

SO ORDERED.

/s/ Joseph F. Bianco

Joseph F. Bianco
United States District Judge

Dated: April 10, 2019
       Central Islip, New York