**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THE PRESERVE AT CONNETQUOT
HOMEOWNERS ASSOCIATION, INC.,
Individually and on behalf of all others similarly
situated,

                Plaintiff,

      - against -

COSTCO WHOLESALE CORPORATION,
CVS HEALTH CORPORATION, KIMBERLY
CLARK CORPORATION, THE PROCTOR
& GAMBLE COMPANY, TARGET
CORPORATION, WALGREENS BOOTS
ALLIANCE, INC., AND WAL-MART STORES,
INC.,

                Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 17-7050 (JFB)(AYS)

      A Memorandum and Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on January 28, 2019, and granting defendants' joint motion to dismiss the complaint for lack of standing pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure; and an Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on April 10, 2019, dismissing this case in its entirety without prejudice, and directing the Clerk of the Court to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff The Preserve at Connetquot Homeowners Association, Inc., take nothing of defendants Costco Wholesale Corporation, CVS Health corporation, Kimberly Clark Corporation, the Proctor & Gamble Company, Target Corporation, Walgreens Boots Alliance, Inc., and Wal-Mart Stores, Inc.; that defendants' joint motion to dismiss the complaint for lack of standing is granted; that this case is dismissed in its entirety without prejudice; and that this case is closed.

Dated: Central Islip, New York
      April 12, 2019

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT

                      By:    /s/ James J. Toritto
                            Deputy Clerk